JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1518 AG (MLGx) | Date | November 28, 2012 |
|---|---|---|---|
| Title | KLEOPATRA MAKRES v. BANK OF AMERICA NA, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     **[IN CHAMBERS] ORDER DISMISSING CASE**

On November 8, 2012, the Court dismissed Plaintiffs' Complaint with leave to amend. (Order Granting Motion to Dismiss with Leave to Amend, Dkt. No. 17.) The Court gave Plaintiff 14 days to file a First Amended Complaint. Plaintiff has failed to file a First Amended Complaint. Accordingly, the Court DISMISSES this case.

                                                                                                      :     0

                                          Initials of Preparer          lmb